United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA ROSAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendant. | Case No. 20-cv-06625-TSH<br><br>**ORDER TO SHOW CAUSE** |

On August 4, 2021, Plaintiff filed a motion for summary judgment. ECF No. 24. Pursuant to the September 22, 2020 Scheduling Order, the deadline for Defendant to file any opposition or counter-motion was September 1. ECF No. 5. As no response has been filed, the Court **ORDERS** Defendant to show cause why sanctions should not be imposed, including and up to granting Plaintiff's motion, for failure to respond and failure to comply with court deadlines. Defendant shall file a declaration by September 10, 2021. Failure to file a response by September 10 will be deemed an admission that Defendant does not oppose Plaintiff's motion, and judgment will be entered accordingly.

　　**IT IS SO ORDERED.**

Dated: September 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge